I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Petitioner
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8.9.13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 9 2013
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DESMOND DAVIS,                )  Case No. CV 12-1384-SJO (JPR)
                              )
            Petitioner,       )
                              )         J U D G M E N T
         vs.                  )
                              )
K. ALLISON, Warden,           )
                              )
            Respondent.       )
_____)

   Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

         August 8, 2013.      S. James Otero

DATED: _____
                              S. JAMES OTERO
                              U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 9 2013
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY