I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Petitioner
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 8.9.13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DESMOND DAVIS,                ) Case No. CV 12-1384-SJO (JPR)
                              )
         Petitioner,          )
                              )
    vs.                       )    J U D G M E N T
                              )
K. ALLISON, Warden,           )
                              )
         Respondent.          )
_____)

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

August 8, 2013.       S. James Otero

DATED: _____    _____
                          S. JAMES OTERO
                          U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY